# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AVIS WILLIAMS

NO. 2022 KW 0274

**JULY 5, 2022**

---

In Re:    Avis Williams, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 641,477.

---

**BEFORE:    McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT DENIED.** The sentence reductions in Act 403 of 2001 and Act 45 of 2002 are expressly applicable retroactively to inmates who committed crimes, who were convicted, or who were sentenced under certain enumerated provisions prior to June 15, 2001. See La. R.S. 15:308; **State v. Jarvis,** 2020-00877 (La. 1/12/21), 308 So.3d 290, 291 (per curiam). Relator committed the instant offense in 2009, and therefore, is not entitled to the requested relief. Accordingly, the district court did not err by denying relator's motion to correct an illegal sentence.

PMc
JEW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT